Form 210A (12/09)

# United States Bankruptcy Court

SOUTHERN DISTRICT OF FLORIDA

In Re:  
PRISCILLA L. MELENDREZ

Case No.  1218449

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| PRA Receivables Management, LLC., as agent of Portfolio Recovery Associates, LLC | AmeriCredit Financial Services, Inc |
| ------------------------------------------ | ------------------------------------------ |
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent:<br>Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | Court Claim # (if known): 3<br>Amount of Claim: $17,435.91<br>Date Claim Filed: 04/18/2012 |
| Phone: (877)829-8298<br>Last Four Digits of Acct # :  3831 | Phone:<br>Last Four Digits of Acct #: 3831 |
| Name and Address where transferee payments Should be sent (if different from above)<br>Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 | Seller Information<br>Americredit Financial Services, Inc. d/b/a GM Financial<br>801 Cherry Street Suite 3500<br>Fort Worth TX 76102 |
| Phone: (877)829-8298<br>Last Four Digits of Acct # : 3831 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Dolores Garcia                                                                  Date: 3/6/2014  
      ------------------------------------------  
      Transferee/Transferee's Agent  
Email: Bankruptcy_Info@portfoliorecovery.com

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

**EXHIBIT B**
**BILL OF SALE AND ASSIGNMENT OF ACCOUNTS**

AmeriCredit Financial Services, Inc. d/b/a/ GM Financial ("GM Financial") a Delaware corporation with its principal place of business at 801 Cherry Street, Suite 3500, Fort Worth, Texas 76102, and AmeriCredit Automobile Receivables Trust 2010-1, AmeriCredit Automobile Receivables Trust 2010-2, AmeriCredit Automobile Receivables Trust 2010-3, AmeriCredit Automobile Receivables Trust 2010-4, AmeriCredit Automobile Receivables Trust 2011-1, AmeriCredit Automobile Receivables Trust 2011-2, AmeriCredit Automobile Receivables Trust 2011-3, AmeriCredit Automobile Receivables Trust 2011-4, General Motors Automobile Receivables Trust 2012-PP1, AmeriCredit Automobile Receivables Trust 2012-1, AmeriCredit Automobile Receivables Trust 2012-2, AmeriCredit Automobile Receivables Trust 2012-3, AmeriCredit Automobile Receivables Trust 2012-4 hereby absolutely sells, transfers, assigns, sets-over and conveys to Portfolio Recovery Associates, LLC, a Delaware limited liability company with its principal place of business at 130 Corporate Blvd., Norfolk, VA 23502 ("Buyer") without recourse and without representations or warranties, express or implied, of any type, kind or nature except as set forth in the Agreement (hereinafter defined):

(a) all of Seller's right, title and interest in and to each of the Accounts identified in the Account schedule attached hereto as Schedule 1 (the "Accounts"); and

(b) all principal, interest or other proceeds of any kind with respect to the Accounts, but excluding any payments or other consideration received by or on behalf of Seller on or prior to October 29, 2013, with respect to the Accounts.

This Bill of Sale is being executed and delivered pursuant to and in accordance with the terms and provisions of that certain Purchase and Sale Agreement made and entered into by and between the Seller, and the Buyer dated December 18, 2013, (the "Agreement"). The Accounts are defined and described in the Agreement and are being conveyed hereby subject to the terms, conditions and provisions set forth in the Agreement.

Pursuant to this Bill of Sale and Assignment of Accounts, the Seller stipulates that the Buyer may be substituted for the Sale as the valid owner of the Accounts and hereby waives any notice or hearing requirements imposed by Bankruptcy Rule 3001(e)(2) or otherwise.

This Bill of Sale shall be governed by the laws of the State of Texas without regard to the conflicts-of-laws rules thereof.

DATED: December 18, 2013

AMERICREDIT FINANCIAL SERVICES, INC.
d//b/a GM Financial

By: _____
Name: Chris A. Choate
Title: Executive Vice President,
Chief Financial Officer and Treasurer

AMERICREDIT AUTOMOBILE RECEIVABLES TRUST
2010-1
By: AMERICREDIT FINANCIAL SERVICES, INC.
As attorney-in-fact

*[signature]*
By: Sheli Fitzgerald
Title: Senior Vice President, Corporate Finance

AMERICREDIT AUTOMOBILE RECEIVABLES TRUST
2010-2
By: AMERICREDIT FINANCIAL SERVICES, INC.
As attorney-in-fact

*[signature]*
By: Sheli Fitzgerald
Title: Senior Vice President, Corporate Finance

AMERICREDIT AUTOMOBILE RECEIVABLES TRUST
2010-3
By: AMERICREDIT FINANCIAL SERVICES, INC.
As attorney-in-fact

*[signature]*
By: Sheli Fitzgerald
Title: Senior Vice President, Corporate Finance

AMERICREDIT AUTOMOBILE RECEIVABLES TRUST
2010-4
By: AMERICREDIT FINANCIAL SERVICES, INC.
As attorney-in-fact

*[signature]*
By: Sheli Fitzgerald
Title: Senior Vice President, Corporate Finance

AMERICREDIT AUTOMOBILE RECEIVABLES TRUST
2011-1
By: AMERICREDIT FINANCIAL SERVICES, INC.
As attorney-in-fact

*[signature]*
By: Sheli Fitzgerald
Title: Senior Vice President, Corporate Finance

AMERICREDIT AUTOMOBILE RECEIVABLES TRUST
2011-2
By: AMERICREDIT FINANCIAL SERVICES, INC.
As attorney-in-fact

*[signature]*
By: Sheli Fitzgerald
Title: Senior Vice President, Corporate Finance

AMERICREDIT AUTOMOBILE RECEIVABLES TRUST
2011-3
By: AMERICREDIT FINANCIAL SERVICES, INC.
As attorney-in-fact

*[signature]*
By: Sheli Fitzgerald
Title: Senior Vice President, Corporate Finance

AMERICREDIT AUTOMOBILE RECEIVABLES TRUST
2011-4
By: AMERICREDIT FINANCIAL SERVICES, INC.
As attorney-in-fact

*[signature]*
By: Sheli Fitzgerald
Title: Senior Vice President, Corporate Finance

GM FINANCIAL AUTOMOBILE RECEIVABLES TRUST 2012-PP1
By: AMERICREDIT FINANCIAL SERVICES, INC.
As attorney-in-fact

*[signature]*
By: Sheli Fitzgerald
Title: Senior Vice President, Corporate Finance

AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2012-1
By: AMERICREDIT FINANCIAL SERVICES, INC.
As attorney-in-fact

By: Sheli Fitzgerald
Title: Senior Vice President, Corporate Finance

AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2012-2
By: AMERICREDIT FINANCIAL SERVICES, INC.
As attorney-in-fact

By: Sheli Fitzgerald
Title: Senior Vice President, Corporate Finance

AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2012-3
By: AMERICREDIT FINANCIAL SERVICES, INC.
As attorney-in-fact

By: Sheli Fitzgerald
Title: Senior Vice President, Corporate Finance

AMERICREDIT AUTOMOBILE RECEIVABLES TRUST 2012-4
By: AMERICREDIT FINANCIAL SERVICES, INC.
As attorney-in-fact

By: Sheli Fitzgerald
Title: Senior Vice President, Corporate Finance

STATE OF TEXAS          ) ss.
COUNTY OF TARRANT       )

On this the 18th day of December, 2013, before me the undersigned officer, personally appeared Chris A. Choate, who acknowledged himself to be the Executive Vice President, Chief Financial Officer and Treasurer of AmeriCredit Financial Services, Inc. d/b/a GM Financial a Delaware corporation, signer and sealer of the foregoing instrument, and that he as such officer, being authorized so to do, acknowledged the execution of the same to be his free act and deed as such officer and the free act and deed of said corporation.

IN WITNESS WHEREOF, I hereunto set my hand.

Notary Public



MELLANIE ELAINE RIGGS
Notary Public
STATE OF TEXAS
My Comm. Exp. June 2, 2016

STATE OF TEXAS ) ss.
COUNTY OF TARRANT )

On this the 18th day of December, 2013, before me the undersigned officer, personally appeared Sheli Fitzgerald, who acknowledged herself to be the Senior Vice President, Corporate Finance of AmeriCredit Financial Services, Inc. d/b/a GM Financial a Delaware corporation, signer and sealer of the foregoing instrument, and that she as such officer, being authorized so to do, acknowledged the execution of the same to be her free act and deed as such officer and the free act and deed of said corporation.

IN WITNESS WHEREOF, I hereunto set my hand.

*Mellanie E. Riggs*
Notary Public

MELLANIE ELAINE RIGGS
Notary Public
STATE OF TEXAS
My Comm. Exp. June 2, 2016